THE PEOPLE OF THE STATE OF NEW YORK, Respondent, *v.* ANTHONY VILLANI, Appellant.

Argued March 10, 1938; decided April 12, 1938.

*Hugo E. Rogers* for appellant.

*Charles P. Sullivan, District Attorney (John H. W. Krogmann* of counsel), for respondent.

Judgment affirmed; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN, FINCH and RIPPEY, JJ.